IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2015 NOV -4 PM 3: 01
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 15 CR 132 JDP |
| RICHARD GEASLAND, | 18 U.S.C. §2252(a)(4)(B) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

On or about October 6, 2015, in the Western District of Wisconsin, the defendant,

RICHARD GEASLAND,

knowingly possessed a Rosewill external hard drive containing visual depictions that had been produced using materials that had been shipped and transported in interstate and foreign commerce, specifically the Rosewill external hard drive, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct, and the depictions are of such conduct.

(In violation of Title 18, United States Code, Section 2252(a)(4)(B)).

### FORFEITURE ALLEGATION

As a result of the offense charged in Count 1 of this indictment, and upon conviction for violating Title 18, United States Code, Section 2252(a)(4)(B), pursuant to Title 18, United States Code, Section 2253, the defendant,

RICHARD GEASLAND,

shall forfeit to the United States his right, title, and interest in:

(1) Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained; and

(2) The property used or intended to be used to commit or to promote the commission of the aforementioned offense, specifically described as a Rosewill external hard drive.

A TRUE BILL

_____
PRESIDING JUROR

_____
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: 11/4/15