# PREVIEW OF CASE 15-002451

On 10-06-2015 I , Chief Terry Terpstra had a subject by the name of Susan E. Leppert (10/26/2015) come in to the Cuba City Police Department to discuss some concerns he had about her upstairs neighbor Richard T. Geasland (04/03/1948). HE stated that she has only lived in the apartment or lower unit of 317 ½ S. Main St. for a month and a half. She stated that the Geasland was very friendly to her and her children. She stated that he would always stop by and talk. She stated on Saturday 10/03/2015 he stopped and told her that he had something he wanted to share with her. He asked if she knew what a pedophile was. He went on to tell her that he was a registered sex offender. He informed her that she did not have to worry because he liked young girls and she had boys. He also shared with her that he spends most nights looking at child pornography. Leppert was very disturbed by what he told her and she got her kids and moved out of the apartment immediately. She then reported her conversation with me.

I contacted the Wisconsin Sex Offender Registry and did confirm that he is a registered sex offender. He was convicted of first degree sexual assault of a child. They had me contact the Grant County Probation and parole and put me in touch with the Supervisor. I was informed that the subject was no longer on supervision and he had not reported any illegal internet sites to them. The next call was to the Wisconsin Department of Criminal Investigations. I spoke with Mary Van Schoyck. Mary informed me that she would send me a template for a search warrant and she believed there was enough probable cause to obtain one.

I contacted the Grant County District Attorney's Office and spoke with Lisa Riniker. Riniker stated that if I prepared a search warrant she would review it. I obtained a detailed statement from the neighbor and constructed a search warrant based off the conversation. I presented the search warrant to Lisa Riniker and she drafted a final copy and I swore to the information. The search warrant and affidavit was presented to the judge and signed. DCI was informed that I had the search warrant and stated that they would bring a team to assist as well as a criminal annalist. The arrived in Cuba City at 7:00 pm.

The search warrant was executed at 7:43 pm.  Geasland did respond to the door and told the first officer to "Fuck off" and he was escorted to the floor and handcuffed.  Geasland stated that he knew why we were there. When asked why he said because what he told that girl.  He stated that we might as well shoot him because the hard drive on the bed will send him back to prison.  When asked why he eventually shared it has pictures that he is not to have.

Geasland was taken back to the Police Department and interviewed by Mary Van Schoyck and Commander Eric Lyons.  In the interview Geasland admitted to downloading images that she should not have.  He stated that there are tens of thousands.  While the interview was going on I went to Lancaster Wisconsin and obtained another search warrant for the forensic Analysis could see if there indeed images on the computer.  The search warrant was prepared by District Attorney Lisa Riniker and signed by the judge. I called the DCI team and informed them that I had the warrant and they began to analyze the computer.  I was informed that in one file it contained over 30,000 images of child pornography.  After the interview was completed I had Geasland speak with a counselor from Northwest Connections about his suicidal comments. After the conversation they determined that he was okay to be transported to the Grant County Jail.  Once at the Jail Geasland tried to smash his head against a wall and said he wanted to kill himself.  He was transported to Winnebago Mental Health.  He was later transported to the Grant County Jail.

SA Mary Van Schoyck and I received a preview disk from the investigation team.  SA Van Schoyck and I viewed the disk and made a preview statement of the pictures it contained.  It should be noted that the pictures were of very young children in different possess and sexual positions.  The photos also included images of children in bondage situations and some appeared to show children that had been abused worse if possible.  These images were some of the worst that SA Mary Van Schoyck has seen.

11