## SEARCH WARRANT

CLERK OF CIRCUIT COURT
FILED
OCT 7 2015
TINA McDONALD, Clerk
GRANT COUNTY, WIS.

STATE OF WISCONSIN    )
                      ) SS.
COUNTY OF GRANT       )

In the Circuit Court of the County of Grant:

**To the sheriff or any constable or any peace officer of said county or of the State of Wisconsin:**

WHEREAS, Chief Terry Terpstra has this day complained, in writing, to the said Court, upon oath, for issuance of a search warrant to search the premises and property located at 317 ½ S. Main St, Cuba City, Grant County, Wisconsin. The residence at 317 ½ S. Main St, Cuba City Grant County, Wisconsin, is more particularly described as follows:

317 ½ S. Main St is a two story house divided into a lower and upper apartment. The upper apartment is the apartment in question. The downstairs apartment is now vacant. The upstairs apartment door is the door farthest to the West. The door is described as a solid white door with no screen on the front. The house is multi colored with red siding on the lower half and Tan on the upper half. The windows have a red trim around the outside. The house is located on Main St. but has no doors at the front. The house is the forth property to the South of Calhoun St. The subject resides by himself in the upper apartment 317 ½ S. Main St.

**AND WHEREAS,** Chief Terry Terpstra has further sought authority to search the above-described premises for certain things which may constitute or contain evidence of a crime(s),: Possession of Child Pornography, committed in violation of Section 948.12 of the Wisconsin Statutes,

**NOW, THEREFORE,** in the name of the State of Wisconsin, you are commanded to search the premises described herein and return this warrant within 48 hours of the completion of the search to the Circuit Court for Grant County, to be dealt with according to law.

**SPECIFICALLY, THIS SEARCH WARRANT AUTHORIZES** law enforcement to search the above premises for, and to seize the following, but said list is not exhaustive of the items which law enforcement may seize if it is determined to be of evidentiary value:

1. Images or visual depictions representing the possible exploitation, sexual assault and enticement of children.

2. Any documents, written or printed material evidencing, or tending to evidence, the possible exploitation, sexual assault and/or enticement of children.

3. All computers and computer hardware devices, consisting of all such equipment that can collect, analyze, create, display, convert, conceal, record or transmit electronic, magnetic,

optical, or similar computer or electronic impulses or data, to include, but not limited to, desktop, laptop, hand-held or tablet computers, PDA's (Personal Data Assistants), cellular/digital telephones, digital video game consoles, digital audio recorders or players (such as iPods or other similar devices), digital video recorders, microphones, digital cameras and camcorders of any size and type located by the search team, including but not limited to "web cams."

4. Internal and peripheral digital/electronic storage devices, including but not limited to internal and external hard drives, floppy disks, zip disks, CD ROM and CD-RW disks, DVD and DVD-RW disks, data cartridges, compact flash memory cards, memory sticks, thumb or flash drives, video tapes, audio tapes and other magnetic or optical memory storage devices; peripheral input/output devices, such as computer keyboards, printers, fax machines, digital cameras, scanners, video display monitors, and optical readers; reproducing devices capable of interfacing with computers and related communication devices that can be used to transmit or receive information to or from a computer; optical pick-up devices; recording devices and all associated wiring.

5. Routers, modems, and network equipment used to connect computers to the Internet.

6. Any and all user manuals or instructions for use (whether in printed documentary form or digital form) for computer hardware devices or peripheral devices or computer input or output devices. Any and all user manuals (whether in printed documentary form or digital form) for any software programs known to be, or believed to be, installed on the seized computer hardware devices. Any software installation disks or system/software recovery disks.

7. Any digital, printed or written material displaying, or believed to contain, passwords, access codes, usernames or other identifiers necessary to access, examine, or operate seized devices or software seized or known or believed to be present on any seized device.

Dated this 6th day of October, 2015.

BY THE COURT:

Robert P. VanDeHey

Grant County Circuit Court Judge, Branch I

ENDORSEMENT ON WARRANT

I hereby acknowledge receipt of this warrant on the 6th day of October, 2015, at ___5:33___ p.m..

Chief Terry Terpstra

Cuba City Police Department