# UNITED STATES DISTRICT COURT
### for the
### Western District of Wisconsin

UNITED STATES OF AMERICA

v.  Case No. 15-cr-00132-jdp

RICHARD GEASLAND,

Defendant.

## WAIVER OF JURY TRIAL

I, Richard Geasland, understand that I am entitled to a jury trial on the charges in the indictment pending in this case, and I have discussed this right fully with my attorney. After receiving my attorney's advice, by my signature below I knowingly and voluntarily waive a jury trial in this case.

Date: 3/5/16

_____
RICHARD GEASLAND
Defendant

Date: 3/5/16

_____
PETER MOYERS
Defendant's Attorney

Pursuant to Rule 23(a)(2), the government hereby consents to this jury trial waiver.

Date: 3/7/2016

_____
JULIE PFLUGER
Assistant United States Attorney

Pursuant to Rule 23(a)(3), the Court hereby approves this jury trial waiver.

Date: MARCH 9, 2016

_____
JAMES D. PETERSON
Chief United States District Judge