IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

             Plaintiff,

v.

RICHARD GEASLAND,

             Defendant.

ORDER

15-cr-132-jdp

---

    Richard Geasland, through counsel, has filed a motion for compassionate release under the FIRST STEP Act. Section 603(b) of the Act amends 18 U.S.C. § 3582(c)(1)(A) to permit an inmate to move the sentencing court for compassionate release, provided that the inmate has fully exhausted all administrative rights to appeal the failure of the Bureau of Prisons to make a such motion, or if 30 days has lapsed from the receipt of such a request by the warden, whichever is earlier.

    Defendant Geasland contends that due to the risk of Covid-19 infection, his medical condition provides extraordinary or compelling reasons to grant release. The court recognizes that all such requests are urgent and the concerned parties will work expeditiously to resolve them. Geasland's motion addresses the exhaustion of administrative remedies, and Geasland says that he has provided his medical records and his release plan. These items should be placed on the docket under seal.

    The U.S. Probation Office is ordered to complete a pre-release investigation and submit a letter of findings to the court, the parties, and to the Bureau of Prisons.

    Once the Probation Office has submitted its findings, the government has five days to respond to the motion for compassionate release. Defendant Geasland's reply, if any, is due

the following day. The court will schedule a prompt hearing (by telephone or videoconference) if necessary.

Entered May 21, 2020.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge